UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANTOS RUIZ, individually, and as
administrator and personal representative
of the Estate of Nelson Ruiz, and on behalf
of and as legal guardian of the minor
Nelson Xavier Ruiz, AGRIPINA BORJAS
MIRALDA, individually,

        Plaintiffs,

-vs-        Case No. 5:06-cv-221-Oc-10GRJ

VANGUARD CAR RENTAL USA, INC., a
Delaware corporation, VANGUARD
RENTAL (BELGIUM) INC., a Florida
corporation, NATIONAL RENTAL (US),
INC., a Delaware corporation f/k/a National
Car Rental, ALAMO FINANCING, L.P., a
foreign limited partnership, ALAMO RENT-
A-CAR (CANADA) INC., a Florida
corporation, GREGORY DAVIS,

        Defendants.
_____

## O R D E R

On February 15, 2007, the United States Magistrate Judge issued a Report (Doc. 25) recommending that Defendant Gregory Davis' Motion to Quash (Doc. 5), which the Plaintiff filed an opposition to (Doc. 10), be granted. The Plaintiff has not filed any objections and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent review of the record in this case, it is hereby ORDERED AND ADJUDGED that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and made a part hereof;

(2) Defendant Gregory Davis' Motion to Quash (Doc. 5) is GRANTED;

(3) The Plaintiffs' Service of Process on Gregory Davis, which was served on the Secretary of State of Florida, is QUASHED;

(4) The Plaintiffs shall have thirty (30) days from the date of this Order to perfect substitute service of process on the Secretary of State of Florida in strict compliance with Fla. Stat. § 48.161.  Failure to do so will result in dismissal of all claims against Gregory Davis, and the entry of final judgment in favor of all Defendants, with or without further notice or additional proceedings.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record